UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON ROUETTE and JAY NEARIS,<br><br>Plaintiffs and<br>Counterclaim Defendants,<br><br>vs.<br><br>MACHINE & ELECTRICAL<br>CONSULTANTS, INC., FABIAN DUBE,<br>and NORM CREPEAU,<br><br>Defendants and<br>Counterclaim Plaintiffs<br><br>MACHINE & ELECTRICAL<br>CONSULTANTS, INC.<br><br>Third-Party Plaintiff<br><br>vs.<br><br>QUALITY MACHINE SOLUTIONS,<br>INC.<br><br>Third-Party Defendant | Civil Action No. |

### CORPORATE DISCLOSURE STATEMENT OF
### MACHINE & ELECTRICAL CONSULTANTS, INC.

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), Machine & Electrical Consultants, Inc. states that it is a Maine corporation, it has no parent corporation, and no publicly held company owns 10% or more of the stock of Machine & Electrical Corporation, Inc.

Respectfully submitted,

MACHINE & ELECTRICAL CORPORATION, INC.

By its attorneys,

_____
Jeffrey D. Clements, BBO #632544
Clements & Clements LLP
50 Federal Street
Boston, MA 02110
(617) 451-1802

COUNSEL:

Keith R. Jacques
Smith Elliot Smith & Garmey, P.A.
199 Main Street
P.O. Box 1179
Saco, ME  04072

    I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by overnight mail to counsel of record for the plaintiff on July 8, 2004.

_____
Jeffrey D. Clements