UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON ROUETTE and JAY NEARIS,<br><br>Plaintiffs and<br>Counterclaim Defendants,<br><br>vs.<br><br>MACHINE & ELECTRICAL CONSULTANTS, INC., FABIAN DUBE, and NORM CREPEAU,<br><br>Defendants and<br>Counterclaim Plaintiffs<br><br>MACHINE & ELECTRICAL CONSULTANTS, INC.<br><br>Third-Party Plaintiff<br><br>vs.<br><br>QUALITY MACHINE SOLUTIONS, INC.<br><br>Third-Party Defendant | <br><br>Civil Action No. |

## DEFENDANT'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Jeffrey D. Clements, counsel for Defendants Machine & Electrical Consultants, Inc., Fabien Dube and Norman Crepeau, hereby moves, pursuant to Local Rule 83.5.3(b), that Keith R. Jacques, Esq. be granted leave to appear and practice in this Court in the above-captioned matter.

Keith R. Jacques is a partner in the law firm of Smith Elliott Smith & Garmey in Portland and Saco, Maine. Mr. Jacques was awarded his JD Degree from Vanderbilt University School of Law in 1984. He currently is a member in good standing of the

State and Federal Bars in the State of Maine. His license to practice law is not, and has not been, subject to any disciplinary proceedings.

Attorney Jacques is aware of all rules of this Court and, if admitted to practice before this Court, will at all times be associated with undersigned counsel.

WHEREFORE, undersigned counsel for Defendants respectfully requests that Attorney Jacques be admitted to practice law before this Court in this action.

DATED: July 8, 2004.

Respectfully submitted,

MACHINE & ELECTRICAL CONSULTANTS, INC., FABIAN DUBE, and NORM CREPEAU,

by their attorneys,

_____
Jeffrey D. Clements, BBO #632544
Clements & Clements LLP
50 Federal Street
Boston, MA 02110
(617) 451-1803

## CERTIFICATE OF SERVICE

I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by overnight mail to counsel of record for the plaintiff on July 8, 2004.

_____
Jeffrey D. Clements

2