UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

*Nelson Rouette, et*

v.

*Mac Mire Electrical*
*consultants et al*

Check if previously referred

CA/CR No. _04 - 11534_

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **NEIMAN** for the following proceedings:

(A) ☐    Referred for full pretrial case management, including all dispositive motions.

(B) ☒    Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C) ☐    Referred for discovery purposes only.

(D) ☐    Referred for Report and Recommendation on:

       ( ) Motion(s) for injunctive relief
       ( ) Motion(s) for judgment on the pleadings
       ( ) Motion(s) for summary judgment
       ( ) Motion(s) to permit maintenance of a class action
       ( ) Motion(s) to suppress evidence
       ( ) Motion(s) to dismiss
       ( ) Post Conviction Proceedings [1]
       See Documents Numbered: _____

(E)    Case referred for events only. See Doc. No(s). **#18 Motion to Bifurcate** ____

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
       ( ) In accordance with Rule 53, F.R.Civ.P.
       ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    Special Instructions: _*Rule 16 Scheduling Conf*_____

_____

_____
Date

(OrRef for pdf.wpd - 05/2003)

By: _____  /s/Elizabeth A. French
         _____
         Deputy Clerk

_____

[1]    See reverse side of order for instructions