UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NELSON R. ROUETTE AND<br>JAY NEARIS,<br>　　　Plaintiffs and<br>　　　Counterclaim Defendants<br><br>　　　v.<br><br><br>MACHINE & ELECTRICAL<br>CONSULTANTS, INC., FABIEN DUBE,<br>AND NORM CREPEAU,<br>　　　Defendants and<br>　　　Counterclaim Plaintiffs<br><br>　　　v.<br><br>MACHINE & ELECTRICAL<br>CONSULTANTS, INC.,<br>　　　Third-Party Plaintiffs<br><br>　　　v.<br><br>QUALITY MACHINE SOLUTIONS,<br>INC.,<br>　　　Third-Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  04-11534-MAP |

SCHEDULING ORDER
September 30, 2004

NEIMAN, U.S.M.J.

　　　The following schedule was established at the initial scheduling conference held this day:

　　　1.　　The parties shall complete their automatic disclosures by October 15, 2004.

2. All written discovery shall be served by March 2, 2005.

3. Non-expert depositions shall be completed by June 1, 2005.

4. Counsel shall appear for a case management conference on June 7, 2005, at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: September 30, 2004

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge