UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NELSON R. ROUETTE AND JAY NEARIS, )<br>    Plaintiffs and )<br>    Counterclaim Defendants )<br>)<br>v. )<br>)<br>)<br>MACHINE & ELECTRICAL CONSULTANTS, INC., FABIEN DUBE, ) AND NORM CREPEAU, )<br>    Defendants and )<br>    Counterclaim Plaintiffs )<br>)<br>v. )<br>)<br>MACHINE & ELECTRICAL CONSULTANTS, INC., )<br>    Third-Party Plaintiffs )<br>)<br>v. )<br>)<br>QUALITY MACHINE SOLUTIONS, INC., )<br>    Third-Party Defendants ) | | Civil Action No. 04-11534-MAP |

<u>REVISED SCHEDULING ORDER</u>
May 6, 2005

NEIMAN, U.S.M.J.

    The court hereby allows the parties' Joint Motion to Extend Discovery Deadline (Document No. 13) and revises the schedule as follows:

    1.    All written discovery shall be completed by June 30, 2005.

    2.    Non-expert depositions shall be completed by September 30, 2005.

3.      Counsel shall appear for a case management conference on October 21, 2005, at 11:00 a.m. in Courtroom Three.  The June 7, 2005 conference is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: May 6, 2005

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge