Case 3:04-cv-11534-WGY   Document 16-2   Filed 06/02/2005   Page 1 of 8

**From:** Nelson R. Rouette <nrrcnc@comcast.net>
**Date:** March 6, 2004 8:52:48 AM EST
**To:** fdube@machineelectrical.com, Norman Crepeau <ncrepeau@machineelectrical.com>
**Subject: Commission Prelim**

Good morning!
I will be headed up to Maine on Tuesday to finalize these following issues..
Could you please send me via email the Prelim Commission that will be due for JL two ST40CX's, IT's Star SB16's (the first 2, the next three we will figure out at the end of the week) Jarvis Products 2 Toyoda 60 pallet system, DFF's Toyoda system, DFF's Johnford 4

3/24/2004

machine sale, also, I got your email on the TurboCare commission, are you considering the 4h af zero value? or are we going to increase my commission once this is sold? So far I collected the $47k of commissions due. If we deduct the $40510 that was due for TC we would apply the difference to the amount due (applying $6490.00), There is SMS, Sterling, Spargo, Continental, Admill, American Sleeve, Standard Knapp, CT Precision, Fadco, Jarvis, ,(so far the grinder has been paid) BN Tool, The grinder that was sold in my area, Preferred (will be paid this month) Plus the 1.5% override that we agreed upon on the total sales since I have not collected any money on this and the numbers are adding up.
I would like to get paid for these commissions before the end of the month, Norm, I am putting this request in now due to the news that I found out yesterday afternoon, as you know everyone has been patient but I need to protect my financial future for my family, this money that is owed are wages earned by me and are overdue I will continue to represent your company as well if not better than I have been until further notice from you and Fab.
My thoughts on the numbers so far..
Cust. and $$ MECI Paid $ 47,000.00
Turbo Care $40,510.00
SMS Machine 6,950.00
Spargo 1,600.00
Admill 2,600.00
Std. Knapp 3,000.00
Jarvis grind 4,750.00
Sterling 16,000.00
Am Sleeve 4,000.00
CT Prec 1,500.00
Fadco 5,940.00
Comp Mnt 1,200.00
grinder in my area $1200
Preferred 9,250.00
**Total of $98,500 less $47,000 = 51,950.00 that is due now. + we need to go over the 1.5% OR**

The prelim's we can review at the office on tues.
Nelson R. Rouette
**Quality Machine Solutions, Inc.**
**127 Bumstead Road**
**Monson, MA 01057**
showroom/engineering office:
**119 White Oak Drive**
**Berlin CT 06037**
Mobile # 1-413-374-5766

THIS MESSAGE MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL AND/OR PROTECTED BY LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR COMMUNICATION OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CONTACT THE SENDER IMMEDIATELY AND DELETE THE MESSAGE. PLEASE NOTE THAT ALTHOUGH WE WILL TAKE ALL COMMERCIALLY REASONABLE EFFORTS
TO PREVENT VIRUSES FROM BEING TRANSMITTED FROM OUR SYSTEMS, IT IS THE RESPONSIBILITY OF THE RECIPIENT TO CHECK FOR AND

3/24/2004

PREVENT ADVERSE ACTION BY VIRUSES ON ITS OWN SYSTEMS .

3/24/2004

**From:** Jay Nearis [jbn@shore.net]
**Sent:** Thursday, October 30, 2003 8:07 AM
**To:** Norman Crepeau
**Subject:** Quotes

Norm,

I need an **accurate delivery and nets** for Middleton Aerospace for the following:

(1) Johnford DMC 3100SH with 5 Axis Head. Fanuc 16im Control needed. Preference is for 5 Axis Simultaneous Machining. Spindle needs full 360 Degree positioning/rotation with minimum <u>(360,000 Preferred) and fully programmable swivel from Horizontal to Vertical –(200 Degrees)</u>

<u>We need to quote and additional Axis drive unit/Interface/Cables for an existing rotary table.</u>

Please itemize CTS options, ATC Options

We need to have this quote in by next week for review. Please email me the specifications prior to quoting this machine.

On a different note:

1-What is the status of H+R tailstock issue? What is Romi plans? I need to get back to H+R regarding this issue to further our business relations with H+R? This issue can not be sweep under the rug.

2-I am still waiting for all the completed sales figures from 2002 and 2003 with completed with cost figures, all the salesmen's commissions-since my employment start date and complete draw statements. Nelson and I have been asked by all sales people for weekly accounting, according to pay period, for complete financial disclosure on each deal sold. Both Nelson and I want a financial disclosure on each machine tool builder or supplier to review monies owed to MECI or monies that are due to each respective builder.

Let me know.

Jay


Jay B. Nearis
Cell-978-376-2659
Fax 978-282-3318
Email-jay.nearis@verizon.net
Email-jbn@shore.net


4/1/2004

| | |
|---|---|
| **From:** | Jay Nearis [jbn@shore.net] |
| **Sent:** | Friday, December 12, 2003 7:10 AM |
| **To:** | Fabien Dube; Norman Crepeau |
| **Cc:** | Nelson Rouette |
| **Subject:** | FW: Commissions |

Norm and Fab,
Nelson and I have an agreement on all commissions earned. This is a 50/50 split as described below. The 1.5% is separate as described below.

I know that Nelson has received 37,000.00 this week. When can I expect my check?
Jay

-----Original Message-----
From: Nelson Rouette [mailto:nrrcnc@comcast.net]
Sent: Thursday, December 11, 2003 11:24 PM
To: ncrepeau@machineelectrical.com; fdube@machineelectrical.com; Jay Nearis
Subject: Commissions

Hi Guys,
Norm please don't forget that the numbers on the comm. Jay and I will be
splitting 50/50 but the override is seperate 1.5% each
Nelson R. Rouette
(413) 374-5766 cell
(413) 267-0556 fax
nrrcnc@comcast.net

## Nelson R. Rouette

**From:** "Nelson R. Rouette" <nrrcnc@comcast.net>
**To:** "Norman Crepeau" <ncrepeau@machineelectrical.com>; "Fabian Dube" <fdube@machineelectrical.com>
**Sent:** Friday, September 12, 2003 8:40 PM
**Attach:** com sheet.xls
**Subject:** prelim commission sheet

Hi guys,
This is the prelim commission sheet. I would like to collect on these soon. Please give me a call and we can make the corrections, I know Turbo, CNC 2k, Sterling, Ambur, and a few of the others are correct but lets get the other ones straightened out. Plus we need to get the total dollar amount for '02 sales times 1.5% as we agreed. Give me a call. Relax Norm, but I need to get the numbers going on this. Pretty good September for sales.
Thanks!! Nelson

## Nelson R. Rouette

**From:** "ncrepeau" <ncrepeau@machineelectrical.com>
**To:** "'Nelson R. Rouette'" <nrrcnc@comcast.net>
**Sent:** Friday, October 31, 2003 8:27 AM
**Subject:** RE: Meeting next week.

You know you keep sending messages like this and someone is going to get upset- me.

I have given you all rough drafts of 2002 and 2003, sales draws for sales people. You are suppose to be doing reports on these.

2nd. We still have Matsuura out there.

Next I told you that Colt is mine so you will not be getting any commission on that.

Next, the 1.5% commission deal is not formulated right. This must be be corrected for Star and others. I will not split deals with you and then give 1.5%.

Sorry to sound like a jerk, but that is how your e-mails come in.


Norman Crepeau
Machine & Electrical Consultants, Inc.
17 Pomerleau Street
Biddeford, ME 04005
207-286-1985 tel
207-286-1823 fax
ncrepeau@machineelectrical.com

> -----Original Message-----
> **From:** Nelson R. Rouette [mailto:nrrcnc@comcast.net]
> **Sent:** Thursday, October 30, 2003 9:17 PM
> **To:** Fabian Dube; Norman Crepeau
> **Subject:** Meeting next week.
>
> Hi Norm & Fab,
> I have spoken with Norm more about the commissions due than with you Fab, but it's beginning to get to the time where some money needs to be collected, I am working with you guys the best I can and I really appreciate all the opportunities that are coming, the outstanding balance is getting pretty high now and I feel that it's time to start putting a substantial dent in this money that is due. I have "left" the money in the company to date, due to the slow start in the beginning. I am planning on going to Maine Tuesday of next week so we can go over this more.
>    Sunny Corp. is buying a KIA and we got Larry's deal. Norm, do we have an approximate ETA of J&L machines yet? Any news with Sterling? I am taking Ray and his guys to Doncasters next Monday.
> Thanks !!!!
> Nelson
> Your files are attached and ready to send with this message.