UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11534-MAP

| | |
|---|---|
| NELSON R. ROUETTE AND JAY NEARIS,<br><br>Plaintiffs and Counterclaim Defendants<br><br>vs.<br><br>MACHINE & ELECTRICAL CONSULTANTS, INC., FABIEN DUBE, AND NORM CREPEAU,<br><br>Defendants and Counterclaim Plaintiffs<br><br>MACHINE & ELECTRICAL CONSULTANTS, INC.<br><br>Third-Party Plaintiff<br><br>vs.<br><br>QUALITY MACHINE SOLUTIONS, INC.<br><br>Third-Party Defendant | REQUEST OF THE PLAINTIFFS NELSON ROUETTE AND JAY NEARIS, FOR ORAL ARGUMENT ON THE PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES |

NOW COMES the Plaintiffs, Nelson Rouette and Jay Nearis, and pursuant to Local Rule 7.1 (D), hereby request that the Court hear oral argument on their Motion to Compel Discovery Responses. Said Plaintiffs represent to the Court that oral argument will assist the Court in an understanding and deciding the issues raised therein.

Respectfully submitted,
The Plaintiffs,
Nelson Rouette, Jay Nearis and
Quality Machine Solutions, Inc.,
By their Attorney,

_____
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 655482
June 2, 2005

## CERTIFICATE OF SERVICE

I, ADAM J. BASCH, hereby certify that on the 2nd day of June, 2005, I caused a copy of the foregoing to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Keith R. Jacques
Smith Elliot Smith & Garmey, P.A.
199 Main Street
P.O. Box 1179
Saco, ME 04072

_____
ADAM J. BASCH

388644