UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11534-MAT

| | |
|---|---|
| NELSON R. ROUETTE AND JAY NEARIS,<br><br>    Plaintiffs and Counterclaim Defendants<br><br>vs.<br><br>MACHINE & ELECTRICAL CONSULTANTS, INC., FABIEN DUBE, AND NORM CREPEAU,<br><br>    Defendants and Counterclaim Plaintiffs<br><br>MACHINE & ELECTRICAL CONSULTANTS, INC.<br><br>    Third-Party Plaintiff<br><br>vs.<br><br>QUALITY MACHINE SOLUTIONS, INC.<br><br>    Third-Party Defendant | **MOTION FOR SUGGESTION OF BANKRUPTCY** |

NOW COMES the Plaintiff, Jay B. Nearis, in the above entitled action and suggests to this honorable Court that he has filed a Chapter 7 Petition on October 13, 2005, in the United States Bankruptcy Court for the District of Massachusetts, Case No. 05-21574. Pursuant to §362 of the United States Bankruptcy Code, all action involving Jay B. Nearis has been stayed.

WHEREFORE, the Plaintiff, Jay B. Nearis, moves that the above entitled action, as it applies to him, be continued to await a final Order of Discharge on the Chapter 7 proceeding.

Respectfully submitted,
The Plaintiffs,
Nelson Rouette, Jay Nearis and
Quality Machine Solutions, Inc.,
By their Attorney,

_____/s/Adam J. Basch_____
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph:  (413) 781-0560
Fax:  (413) 739-7740
BBO# 655482
November 14, 2005

## CERTIFICATE OF SERVICE

I, ADAM J. BASCH, hereby certify that on November 14, 2005, I caused a copy of the foregoing to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Keith R. Jacques
Smith Elliot Smith & Garmey, P.A.
199 Main Street
P.O. Box 1179
Saco, ME 04072

_____/s/Adam J. Basch____
ADAM J. BASCH

413098