UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON ROUETTE, et al., )<br>    Plaintiffs and )<br>    Counterclaim Defendants )<br>                 )<br>v.                 )<br>                 )<br>MACHINE & ELECTRICAL )<br>CONSULTANTS, INC., et al., )<br>    Defendants and )<br>    Counterclaim Plaintiffs )<br>                 )<br>v.                 )<br>                 )<br>MACHINE & ELECTRICAL )<br>CONSULTANTS, INC., )<br>    Third-Party Plaintiff )<br>                 )<br>v.                 )<br>                 )<br>QUALITY MACHINE SOLUTIONS, )<br>INC., )<br>    Third-Party Defendant ) | Civil Action No.  04-11534-MAP |

SCHEDULING ORDER
February 28, 2006

NEIMAN, U.S.M.J.

      The following schedule was established at the case management conference this day:

      1.      Non-expert depositions shall be completed by April 28, 2006.

      2.      Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 31, 2006.

      3.      Plaintiffs shall designate and disclose information regarding their trial

      experts as required by FED. R. CIV. P. 26(a)(2) by June 30, 2006.

4. All expert depositions shall be completed by July 28, 2006.

5. Counsel shall appear for a final pretrial conference on September 27, 2006, at 2:00 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

Dated: February 28, 2006            /s/ Kenneth P. Neiman  
                                                        KENNETH P. NEIMAN  
                                                        U.S. Magistrate Judge