UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11534-MAP

| | |
|---|---|
| NELSON R. ROUETTE AND JAY NEARIS,<br><br>    Plaintiffs and<br>    Counterclaim Defendants<br>vs.<br><br>MACHINE & ELECTRICAL CONSULTANTS, INC., FABIEN DUBE, AND NORM CREPEAU,<br><br>    Defendants and<br>    Counterclaim Plaintiffs<br><br>MACHINE & ELECTRICAL CONSULTANTS, INC.<br><br>    Third-Party Plaintiff<br><br>vs.<br><br>QUALITY MACHINE SOLUTIONS, INC.<br><br>    Third-Party Defendant | **JAY NEARIS' MOTION FOR DISMISSAL**<br><br><br><br><br><br><br><br><br>**MARCH 22, 2006** |

NOW COMES the Plaintiff, Jay Nearis, and pursuant to Rule 41A(2) of the Federal Rules of Civil Procedure hereby requests that all claims and counterclaims with respect to him be dismissed.

As grounds therefor, Jay Nearis states as follows:

1.    On January 25, 2006, Jay Nearis was granted a discharge under Section 727 of Title 11 of the United States Code (Case No. 05-21574, J. Feeney).

2.    Based on the discharge, the Defendants' counterclaim has been discharged.

3. Jay Nearis no longer wishes to prosecute his claim against the Defendants.

WHEREFORE, the Plaintiff, Jay Nearis, respectfully requests that this Court grant a dismissal of all claims and counterclaims pertaining to Jay Nearis.

## CERTIFICATE OF COUNSEL

I, Adam J. Basch, hereby certify that I have conferred with Defendants' counsel in an attempt to resolve or narrow the issue contained in this motion.

ADAM J. BASCH

Respectfully submitted,
The Plaintiffs,
Nelson Rouette, Jay Nearis and
Quality Machine Solutions, Inc.,
By their Attorney,

   /s/Adam J. Basch
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph:  (413) 781-0560
Fax:  (413) 739-7740
BBO# 655482
March 22, 2006

## CERTIFICATE OF SERVICE

I, ADAM J. BASCH, hereby certify that on the 22nd day of March 2006, I caused a copy of the foregoing Jay Nearis' Motion for Dismissal to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Keith R. Jacques
Smith Elliot Smith & Garmey, P.A.
199 Main Street
P.O. Box 1179
Saco, ME 04072

John J. Aquino, Esq.
Anderson Aquino, LLP
240 Lewis Wharf
Boston, MA 02110

   /s/Adam J. Basch
ADAM J. BASCH