## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON R. ROUETTE             )<br>                                                    )<br>            Plaintiff             )<br>                                                    )<br>    v.                                          )<br>                                                    )<br>MACHINE & ELECTRICAL    )<br>CONSULTANTS, INC.,           )<br>FABIEN DUBE AND NORMAN )<br>CREPEAU, et al.                     )<br>                                                    )<br>            Defendants/                  )<br>            Counterclaimants        )   | Civil Action No.  04-11534-MAP |

### DEFENDANTS/COUNTERCLAIMANTS' MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL MEMORANDUM

NOW COME Defendants/Counterclaimants, Machine & Electrical Consultants, Inc., Norman Crepeau and Fabien Dube (the "MECI Parties") by and through counsel, and respectfully request that the time to file the Parties' Joint Pretrial Memorandum be enlarged from September 17 to September 21, 2006.  Plaintiff Nelson Rouette joins in this Motion.  An enlargement of time is necessary to enable counsel for both parties to continue to work together to finalize the Pretrial Memorandum.  Unfortunately, the undersigned unexpectedly has been required to travel to Canada on business and will be out of the office from September 14 through September 18 thereby making an enlargement of time necessary.

WHEREFORE, the MECI Parties joined by Nelson Rouette, respectfully request an enlargement of time to file the Joint Pretrial Memorandum to September 21, 2006.

        MACHINE & ELECTRICAL CONSULTANTS, INC.,
        FABIEN DUBE, AND NORMAN CREPEAU

        By its attorney:


        */s/Keith R. Jacques*_____
        Keith R. Jacques, Esq.
        Smith Elliott Smith & Garmey
        199 Main Street
        P.O. Box 1179
        Saco, ME 04072
        (207) 282-1527

Dated: September 14, 2006


## **CERTIFICATE OF SERVICE**

    I, Keith R. Jacques, hereby certify that a copy of the foregoing document was served by CM/ECF system which will send notification of such filing to the following:

        Adam Basch, Esq.
        ABasch@Bacon-Wilson.com


        */s/Keith R. Jacques*_____
        Keith R. Jacques, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NELSON R. ROUETTE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11534-MAP |
| | ) | |
| MACHINE & ELECTRICAL CONSULTANTS, INC., FABIEN DUBE AND NORMAN CREPEAU, et al. | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

Upon Motion of Defendants, joined by Plaintiff, for an extension of time to file the Joint Pretrial Memorandum, IT IS HEREBY ORDERED that Defendants' Motion is granted. The parties shall file the Joint Pretrial Memorandum on or before September 21, 2006.

Dated: _____

Judge, U.S. District Court