NELSON ROUETTE v. MACHINE & ELECTRICAL CONSULTANTS, INC., ET AL.
CIVIL ACTION NO. 04-11534-MAP

DEFENDANTS/COUNTERCLAIMANTS' EXHIBIT LIST

1. 12/3/01 Memorandum from MECI to Rouette re: employment

2. Draft Employment Agreement of Jay Nearis dated May 17, 2002

3. Draft Employment Agreement of Nelson Rouette dated May 17, 2002

4. E-mail Rouette to Crepeau dated February 7, 2003

5. E-mail Crepeau to Rouette dated November 13, 2003

6. E-mail Crepeau to Rouette dated November 21, 2003

7. E-mail Rouette to Kia dated February 19, 2004

8. QMS letter to Kia dated February 19, 2004

9. E-mail Lim to Rouette dated March 19, 2004

10. E-mail Rouette to Lim dated March 10, 2004

11. E-mails Lim to Rouette dated March 11, 2004(2)

12. E-mails Rouette to Lim dated March 11, 2004(2)

13. E-mail Lim to Rouette dated March 12, 2004

14. E-mail Rouette to Lim dated March 12, 2004

15. E-mail Rouette to Taylor, Lim dated March 13, 2004

16. E-mail Rouette to Taylor, Han, Lim dated March 15, 2004

17. E-mail Rouette to Lim dated March 15, 2004

18. E-mail Taylor to Crepeau dated April 8, 2004 with attachment

19. E-mails Rouette to Lim dated February 17, 2005(2)

20. E-mail Lim to Rouette dated February 17, 2005

21. E-mail Malo to Lim dated February 17, 2005

22. E-mail Rouette to Lim dated May 2, 2005

23. E-mails Rouette to Lim dated May 6, 2005(2)

24. E-mail Rouette to Kim, Han, Lim dated May 13, 2005

25. E-mail Rouette to Lim dated May 18, 2005

26. MECI Employee Quick Reports dated February 1, 2002 to December 2, 2004

27. MECI Rouette Sales Worksheets

28. MECI cancelled checks/checkstubs, MECI to Rouette/QMS

29. MECI Payroll Service Records

30. MECI Payroll Checks

31. Rouette 1099 and W-2 income tax forms

32. Sales commission worksheets reflecting commissions paid to non-parties

33. Kia sales commission worksheets and records reflecting commissions paid to Rouette re: Spargo Machine Products and Zebco Holdings, Inc. and other third parties

34. QMS purchase order to Kia dated January 23, 2004

35. QMS proposal #090302 dated September 4, 2002

36. DFF Corp. P.O. #22004/JPC (vendor QMS)

37. DFF Corp. P.O. #22004/JPC (vendor Absolute)

38. Topsfield Tool purchase orders (2) to QMS dated December 12, 2002

39. QMS invoice to Topsfield Tool dated September 2, 2002

40. QMS invoice to Topsfield Tool dated November 5, 2002

41. QMS invoice to Topsfield Tool dated December 12, 2002

42. QMS invoice to Topsfield Tool dated December 13, 2002

43. Gilbert & Richards proposal to Topsfield Tool dated August 15, 2003

44. QMS P.O. #90332 re: KGK International, Corp.

45. QMS invoice #297 dated November 21, 2003 re: Arundel

46. QMS P.O. #90344 dated November 16, 2003

47. QMS invoice #245 dated July 21, 2003

48. MECI faxes to Monalex dated April 28, 2004

49. QMS P.O. dated November 7, 2002 to B&N Tool Company

50. MECI check #13802 to B&N Tool Company

51. B&N P.O. #11442 dated November 7, 2002

52. MECI P.O. #N26003 to Absolute dated November 12, 2002

53. Premier Transportation invoice dated November 22, 2002

54. Absolute invoice #0003782-DN dated December 9, 2002

55. B&N Tool Company check #22550 to MECI dated December 20, 2002

56. Gateway Computer invoice for $2,962.70

57. Rouette personnel records

58. Order to withhold income from Rouette for child support

59. QMS corporate records

60. QMS promotional and website materials

61. Massachusetts Division of Unemployment Assistance records and Exhibits regarding Rouette claim for unemployment

62. Rouette Claimant's Statement re: Application for Unemployment

63. Decision denying unemployment benefits to Rouette

64. Excerpted portions of hearing transcript re: Rouette Unemployment Hearings

65. Excerpted portions of transcript of Jay Nearis Unemployment Hearings

66. Excerpted portions of transcript of hearing in Nearis v. Wasson