<u>NELSON ROUETTE v. MACHINE & ELECTRICAL CONSULTANTS, INC., ET AL.
CIVIL ACTION NO. 04-11534-MAP</u>

<u>DEFENDANTS/COUNTERCLAIMANTS' WITNESS LIST</u>

1. Norman Crepeau, Machine & Electrical Consultants, Inc., 17 Pomerleau Street, Biddeford, ME; 207-286-1985

2. Fabien Dube, Machine & Electrical Consultants, Inc., 17 Pomerleau Street, Biddeford, ME; 207-286-1985

3. Jay Nearis, 251 East Main Street, Gloucester, MA

4. Wayne Taylor (by deposition), KIA, 30 Murray Hill Parkway, Suite 300, East Rutherford, NJ; 201-489-2887 ext. 308

5. John Lim (by deposition), KIA, 30 Murray Hill Parkway, Suite 300, East Rutherford, NJ; 201-489-2887 ext. 306

6. Gue Tae Han (by deposition), KIA, 30 Murray Hill Parkway, Suite 300, East Rutherford, NJ; 201-489-2887 ext.302

7. Doo Young Chang (by deposition), KIA, 30 Murray Hill Parkway, Suite 300, East Rutherford, NJ; 201-489-2887

8. Jeff Chapin, DFF Corporation, 79 Abrams Drive, Agawam, MA; 413-786-8880

9. Gary Morris, Topsfield Tool & Engineering, 9 Old Right Road, Ipswich, MA; 978-356-1348

10. Tyson "Skip" Brady, Monalex, 10 Riedell Road, Douglas, MA; 508-476-1200

11. Rob Root, KGK International Corp., 901 Deerfield Parkway, Buffalo Grove, IL; 847-465-4456

12. Mark Davis, KGK International Corp., 901 Deerfield Parkway, Buffalo Grove, IL; 847-465-4456

13. Ray Slater, Turbo Care, Inc., P.O. Box 1028, Manchester, CT 06045-1028; 860-647-9911 ext. 305

14. Paul Leppenen, H&R 1871, 60 Industrial Row, Gardner, MA; 978-632-9393

15. Randy Spargo, Spargo Machine, 6 Gear Drive, Terryville, CT; 860-583-3925

16. Richard Fall, Fall Machine, 10 Willand Drive, Somersworth, NH; 603-750-7100

17. Jay Bailey, Fischer Precision, 119 White Oak Drive, River Bend Industrial Park, Berlin, CT; 860-828-0595

18. Bob Courville, Toyoda Machinery, P.O. Box 74053, Chicago, IL; 847-253-0340

19. Howard Michaels, Toyoda Machinery, P.O. Box 74053, Chicago, IL; 847-253-0340

20. Chris Lobdell, Northeast Machine, 71 Two Mile Creek Road, Tonawanda, NY; 800-888-3760

21. Dezi Helmi, Primary Flow, 117 Pettaconsett Avenue, Cranston, RI; 401-461-6366 ext. 113

22. Sandra Rouette, Quality Machine Solutions, Inc., 1 Pearson Way, Enfield, CT 06083; 860-741-3969

23. Sara Mayo, Quality Machine Solutions, Inc., 1 Pearson Way, Enfield, CT 06083; 860-741-3969

24. Ron Fenner, Quality Machine Solutions, Inc., 1 Pearson Way, Enfield, CT 06083; 860-741-3969

25. Lisa Wasson

26. Mary P. Harrington, Esq., Ronan, Segal & Harrington, 59 Federal Street, Salem, MA; 978-744-0350

27. Irene Johnson, 39 Converse Street, Palmer, MA 01069

28. Laurie Rosenbayger, Massachusetts Division of Unemployment Assistance, 88 Industry Avenue, Suite A, Springfield, MA