UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
NELSON R. ROUETTE, ET AL,     )
        Plaintiffs            )
                              )
        v.                    )  CIVIL ACTION NO. 04-11534-MAP
                              )
MACHINE & ELECTRICAL          )
CONSULTANTS, INC., ET AL,     )
        Defendants            )
```

ORDER OF TRANSFER

October 24, 2006

PONSOR, D.J.

    Because the court's current criminal docket may delay trial of this case unduly, the court hereby orders this case transferred to United States District Judge William G. Young, for all purposes. The current trial date before this court of April 9, 2007 is hereby vacated. Counsel should contact Judge Young's clerk regarding scheduling of trial.

    It is So Ordered.

                                /s/ Michael A. Ponsor
                                MICHAEL A. PONSOR
                                United States District Judge